# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AUDREY L. KIMNER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22 C 4046 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | |
| AON HEWITT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is dismissed for want of prosecution. Civil case terminated.

## STATEMENT

Plaintiff Audrey Kimner filed a complaint without paying the filing fee. She filed a petition to proceed *in forma pauperis*, but it was incomplete. This Court granted plaintiff until September 20, 2022, either to pay the filing fee or to file a new, complete petition to proceed *in forma pauperis* using this court's standard form. This Court warned plaintiff that this case would be dismissed if she failed to comply.

In the meantime, plaintiff has neither paid the filing fee nor filed a new petition to proceed *in forma pauperis*. This Court has the inherent authority to dismiss a case for want of prosecution. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962). Accordingly, this case is dismissed for want of prosecution, pursuant to Local Rule 3.3(f) and Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.                      ENTERED: October 5, 2022

_____
JORGE L. ALONSO
United States District Judge